Name: **NELSON ROMERO**, CBD HEMP, CORPORATION.

Address: 333 Arrowhead Blvd
Upland Ca. 91786

Phone: 909-286-6177

Fax: _____

In Pro Per

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CBC HEMP, CORPORATION
NELSON ROMERO
    Plaintiff

v.

Saleh Sarwar
Positive Roots
Jal ?
    Defendant(s).

CASE NUMBER:
**EDCV19-00315 PSG (KKx)**

To be supplied by the Clerk of
The United States District Court

COMPLAINT

Comes Now, **NELSON ROMERO**, in Propia Persona, Pro Se, in the above captioned matter. The Defendant, Saleh Sarwar, landlord and owner of a retail shopping mall located at 218 East Highland San Bernardino, California 92404 is in violation of California Code 260000 et seq by leasing a commercial space adjacent to my business, a licensed and established CBD Hemp, a Corporation of Corporate Cannabis Company, to an illegal and unlicensed marijuana dispensary. The Plaintiff, **NELSON ROMERO** seeking damages in the amount of $800,000.00 due to the actions of the landlord by leasing a retail establishment to the illegal marijuana dispensary, Positive Roots, and violating California Code's, Business & Professions Code Sections 26000, et seq. Health & Safety Code Sections 11000, et seq.; 11357, et seq.; 11362.7, et seq.

The Plaintiff's actions have also violated CALIFORNIA CIVIL CODE SECTION 1954.25-1954.31 by leasing a commercial retail space to an illegal and unlicensed marijuana dispensary.

The defendants careless disregard for the laws and codes of the great state of California has created a dangerous and life-threatening safety concern to the other tenants of the commercial retail establishments. Within thirty (30) days of illegal operation, there have been a total of three burglaries that occurred at the illegal establishment and that has resulted in emotional stress to the plaintiff and employees of CBD Hemp, as well as an enormous loss in revenue.

Several attempts have been made by the Plaintiff to resolve the safety concerns that the landlord has created only to be answered with death threats made to the plaintiff as well as the plaintiffs' employees. Please see attached Exhibits as proof of the death threats.

In retaliation for requesting that the safety issues that the Plaintiff has created be remedied, the Defendant has threatened to evict the Plaintiff. Please see attached Exhibits as of proof of threats.

The Defendant has also violated a clause that was discussed prior to CBD Hemp signing a lease that states

In good faith an implied covenant that neither party shall do anything, which will have the effect of destroying or injuring the right of the other party, to receive the fruits of the contract in good faith and fair dealing.

A lawsuit has been commenced against you in the above-entitled Court by the Plaintiff. Plaintiff's claim is stated in the Complaint served with this summons. In Order to defend against his lawsuit, you must respond to the complaint by filing an answer by stating your defense in writing and serving a copy to the Plaintiff and or Plaintiff's Attorney within 20 days after service of this summons, excluding the day of service. If you are served outside the state, you will have 60 days after service of this summons. A default judgement may be entered against you without notice.

CV-126 (09/09)   PLEADING PAGE FOR A COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

CV-126 (09/09)           PLEADING PAGE FOR A COMPLAINT



**Sal Neighbor Positi...**
+1 760-513-7434

S: I want you to know something if I wanted you out of that building I would go there remove you myself it would take me 20 minutes to close you down that's not my interest at all my interest is for you to get your building secure so you don't have

3

**Sal Neighbor Positi...**
+1 760-513-7434

> All you have to do is ask do you understand me I don't want to see no more cops there bro or no more City officials
>
> 7:16 PM

> I dont either i dont want them to shut either of us down
>
> 7:17 PM

> S  But two robberies in a week bro come on if you're going to

4

**Sal Neighbor Positi...**
+1 760-513-7434

> But two robberies in a week bro come on if you're going to be in this business you have to be a professional you have to know what you're doing
>
> 7:17 PM

> If you want me to help you I will all you have to do is ask but please no bullshit going on

> See that now you're acting right bro if things were the other way around I would comply because I would not want to hurt your business at all my workers have family to feed car payments to make rent to pay on their houses they're good guys but they're not going to be pushed around bro

Dec 29, 2018 7:25 PM                    Received

REPLY   DELETE

← **Sal Neighbor Positi...**
+1 760-513-7434

**S:** I catch him with a sign out there I'm going to crack his fucking head open, you can run to the cops I don't care if they're not going to help you
*11:10 AM*

So your gonna hurt a innocent man whats wrong with are you ok
*11:11 AM*

Im sorry but your disrespecting me to

7

**Sal Neighbor Positi...**
+1 760-513-7434

> And what does that mean bro I don't really care about that what I care about is that my business is closed because of the way you have your business setup
>
> 5:20 PM

> So far you cost us over $1,000
>
> 5:21 PM

> And look how much money you cost

**Sal Neighbor Positi...**
+1 760-613-7434

> If you're going to be in this business you have to be a professional
> 5:24 PM

> What do you think happens next ? now the guy you shot gets his brother his gang members and they come after you ! more trouble
> 5:25 PM

Can i see you camera

**11:11 AM** So your gonna hurt a innocent man whats wrong with are you ok

**11:13 AM** Im sorry but your disrespecting me to much

I'll be there in a little bit
**11:16 AM**

I need to talk to you and set the rules for a clinic and believe me bro

Enter message



**Sal Neighbor Positi...**
+1 760-513-7434

Not till Monday because we don't have the code to it I have to call the dealer

Listen do not connect my business with your business do you understand me!!!!! Will

5:40 PM

Yes boss
5:41 PM

Sal. You and i know

> +1 760-513-7434
>
> **S** I need to talk to you and set the rules for a clinic and believe me bro you going to follow them
>
> 11:17 AM
>
> **S** I don't know why you're arguing with me you're going to lose all you need to do is secure your building and no more robberies that's all just do it

Enter message

12



**Sal Neighbor Positi...**
+1 760-513-7434

6:53 PM — Im not gunna sit here and argue with you

When I see you I am going to deal with you harshly, how dare you make a comment like that
6:53 PM

Go to my shop right now and look at the DVR see if they can get in with a code it's a pattern code

**Sal Neighbor Positi...**
+1 760-513-7434

And I'm not talking about sales there's room for all of us but you got to do things right bro you can't be attracting the city so much

You don't ever give me an ultimatum dude ever I don't think you know who you're dealing with

Don't ever talk to

**Sal Neighbor Positi...**
+1 760-513-7434

**S:** Don't put me to the test
*6:55 PM*

**S:** Now you're acting like a chick

I'm going to deal with you when I see you
*6:56 PM*

Nah i dont want to talk to you no more your the worst person. In the world.
*6:59 PM*

**S:** Keep on talking you're



+1 760-513-7434

> You cannot advertise like that on your window do you understand me what's wrong with you man
>
> 1:34 PM

> Are you sure this is the route you want to go bro I told you a long time ago don't put me to the test man
>
> 2:03 PM

> Bro why don't you

Enter message

16.



And look how much money you cost the barbershop do you really think parents are going to let their kids go over there anymore? I wouldn't let my kids knew that Barbershop anymore all the shooting and cops and helicopters

Dec 29. 2018 5:23 PM                Received

17.



**Sal Neighbor Positi...**
+1 760-513-7434

Don't ever talk to me like that again
6:48 PM

I think your the one that sent him. your suspicious.
6:50 PM

I know who you are and i always respected you but your taking advantage of me by the way u talking to me

18.

**Sal Neighbor Positi...**
+1 760-513-7434

Yes — 5:19 PM

Bro don't mention our name to the cops at all that's not cool — 5:19 PM

No bro

Relax

Im saying he came early and im sure your camera saw it — 5:19 PM

And what does that

(19.

> **Sal Neighbor Positi...**
> +1 760-513-7434
>
> **S:** Keep on talking you're digging yourself deeper and deeper
>
> You think I want to get involved in your mess don't involve me or my business or my employees in your mess dude
>
> 7:00 PM
>
> **S:** But I'm going to deal with you when I see you but I'll make you eat those

20